

# LAW OFFICE OF LISA D. WRIGHT, LLC

*Protecting Georgia Consumers – Auto, Banking, Credit and Debt Collection Disputes*

Lisa D. Wright, Attorney
235 Peachtree Street N.E., Suite 888, Atlanta, Georgia 30303
Web: protectinggeorgiaconsumers.com



Office: 404-588-1181 | Fax: 404-588-1182
Toll Free: 866-ATTY WRIGHT
E-mail: attorneywright@prodigy.net

January 12, 2007

**VIA U.S. MAIL & FACSIMILE**

Mr. Louis Cohan, Esquire
Mr. William Osterbrock, Esquire
Weinstock & Scavo, P.C.
3405 Piedmont Road, Suite 300
Atlanta, GA 30305

**RE:** **Kelly Holmes v. Trauner, Cohen & Thomas, L.L.P. and Robert Prather**
**United States District Court – Northern District of Georgia, Atlanta Division**
**Case No.: 1:06-CV-1806-MHS**

Dear Mr. Cohan and Mr. Osterbrock:

This letter shall serve as a good faith attempt to resolve the below mentioned discovery disputes prior to seeking court intervention in accordance with F.R.C.P. 37 and Local Rule 37.

Thank you for faxing a copy of the January 11, 2007 Amended Notice of Deposition for Mrs. Kelly Holmes to be taken on January 16, 2007. Based upon a one business day notice of the deposition (Monday, January 15, 2007 is a Holiday), Mrs. Holmes is not available to appear for her deposition.

Additionally, if you would like to discuss a Consent Motion to Extend Discovery for the depositions of both the Plaintiff and the Defendants, then please contact me at your earliest opportunity. I look forward to scheduling the depositions in this action in a manner consistent with the Court's January 11, 2007 Order.

Very truly yours,

LAW OFFICE OF LISA D. WRIGHT, LLC

By
Lisa D. Wright
Attorney and Counselor at Law

**EXHIBIT**

2

# LAW OFFICE OF LISA D. WRIGHT, LLC

*Protecting Georgia Consumers — Auto, Banking, Credit and Debt Collection Disputes*

Lisa D. Wright, Attorney
235 Peachtree Street N.E., Suite 888, Atlanta, Georgia 30303
Web: protectinggeorgiaconsumers.com

Office: 404-588-1181 | Fax: 404-588-1182
Toll Free: 866-ATTY WRIGHT
E-mail: attorneywright@prodigy.net

If there is a problem with transmission or if all pages are not received, please call 404-588-1181 for retransmission.

**TO:**      **Louis Cohan, Esq. & William Osterbrock, Esq.**
FAX #:      404-231-1618

COMPANY:    Weinstock & Scavo, P.C.

FROM:       Lisa D. Wright

DATE:       January 12, 2007

RE:         Kelly Holmes v. Trauner, Cohen & Thomas, L.L.P.

Number of pages including this cover page:  2

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: