**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KELLY HOLMES,

Plaintiff,

v.

TRAUNER, COHEN & THOMAS, L.L.P. and ROBERT PRATHER,

Defendants.

CIVIL ACTION
FILE NO. 1:06-CV-1806 (MHS)

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR PROTECTIVE ORDER COVERING PLAINTIFF'S DEPOSITION**

COMES NOW, Trauner, Cohen & Thomas L.L.P.(hereinafter "TCT") and Robert Prather (hereinafter "Mr. Prather") (collectively as the "Defendants") by and through their undersigned counsel of record, Weinstock & Scavo, P.C., and respectfully request that this Court deny Plaintiff's Second Motion for Protective Order Covering Plaintiff's Deposition, and in support thereof, states:

1. On January 11, 2007, this Court issued an Order requiring the depositions of both parties to "be conducted at the offices of their respective attorneys." Undersigned counsel received electronic notice of this Court's Order at approximately 2:34 p.m.

2. Within a half hour of receiving notice of this Court's Order, undersigned counsel served its Amended Notice to Take Deposition of Plaintiff Kelly Holmes, set to be taken on Tuesday, January 16, 2007 (hereinafter referred to as the "Amended Notice").

3. Given the fact that the cutoff for discovery is Monday, January 29, 2007 and that counsel for the parties are also set for trial on an unrelated matter within the next week, few dates were available to schedule the deposition. However, to expedite the process and prevent any unnecessary delay, undersigned counsel served the Amended Notice via facsimile.

4. Notwithstanding Defendants' counsel's efforts to provide ample notice, opposing counsel casually waited until the end of the business day on Friday, January 12, 2007 to respond to the Amended Notice.[1] Subsequently, opposing counsel unilaterally cancelled the deposition and refused to permit undersigned counsel to take a certificate of non-appearance. As a result, opposing counsel filed her Second Motion for Protective Order.

---

[1] While opposing counsel claims that counsel for the parties agreed to discuss alternate deposition dates the following Monday during their telephone conversation on January 12, 2007, such statement is a blanket misrepresentation. Undersigned counsel directly represented to opposing counsel that he must first speak with his client to obtain authority to re-schedule the deposition before discussing any alternate dates. Despite attempts to obtain such authority, opposing counsel was notified on January 15, 2007 that undersigned counsel had been unable to reach his client.

5. In an abundance of caution, undersigned counsel voluntarily re-noticed the Plaintiff's deposition for January 25, 2007. Since the January 16, 2007 deposition is no longer at issue, the instant Motion is currently moot as a result of the Amended Notice.

6. In an effort to avoid judicial intervention and unnecessary legal fees, on Tuesday, January 16, 2007, undersigned counsel requested via e-mail that opposing counsel withdraw the instant Motion. Additionally, one day later, undersigned counsel sent opposing counsel a letter requesting that she withdraw the instant Motion.

7. Strikingly, on January 17, 2007, opposing counsel represented that she would only withdraw the instant Motion after the deposition of her client is concluded on January 25, 2007. A true and correct copy of the January 17, 2007 letter is attached hereto as Exhibit "A." Since opposing counsel has voiced no objection to the January 25, 2007 deposition, the January 17, 2007 letter serves as additional proof that the instant Motion is moot.

WHEREFORE, Defendants respectfully request this Court deny Plaintiff's Second Motion for Protective Order Covering Plaintiff's Deposition, award Defendants' counsel attorneys' fees and costs associated with responding to this

Motion, and such other and further relief as this Court may deem just, fair, and appropriate.

Respectfully submitted this 19th day of January, 2007.

**WEINSTOCK & SCAVO, P.C.**

/s/ Louis R. Cohan
Louis R. Cohan
Georgia Bar No. 173357

*Attorneys for Defendant TCT*
3405 Piedmont Road, N.E.
Suite 300
Atlanta, Georgia 30305
(404) 231-3999
(404) 231-1618 (facsimile)
Email: lcohan@wslaw.net

CERTIFICATION OF FONT TYPE AND SIZE

The undersigned counsel for Defendants hereby certifies that this *Response in Opposition to Plaintiff's Second Motion for Protective Order Covering Plaintiff's Deposition* has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

Respectfully submitted, this 19th day of January, 2007.

**WEINSTOCK & SCAVO, P.C.**

/s/ Louis R. Cohan
Louis R. Cohan
Georgia Bar No. 173357

*Attorneys for Defendant TCT*
3405 Piedmont Road, N.E.
Suite 300
Atlanta, Georgia 30305
(404) 231-3999
(404) 231-1618 (facsimile)
Email: lcohan@wslaw.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KELLY HOLMES, )
)
Plaintiff, )
)
v. ) CIVIL ACTION
) FILE NO. 1:06-CV-1806 (MHS)
TRAUNER, COHEN & THOMAS, L.L.P. )
and ROBERT PRATHER, )
)
Defendants. )
)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2006, I electronically filed the foregoing *Response in Opposition to Plaintiff's Second Motion for Protective Order Covering Plaintiff's Deposition* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Lisa D. Wright, Esq. (attorneywright@prodigy.net)

**WEINSTOCK & SCAVO, P.C.**

/s/ Louis R. Cohan
Louis R. Cohan
Georgia Bar No. 173357

*Attorneys for Defendant TCT*
3405 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305
(404) 231-3999
(404) 231-1618 (facsimile)
Email: lcohan@wslaw.net