# LAW OFFICE OF LISA D. WRIGHT, LLC
*Protecting Georgia Consumers — Auto, Banking, Credit and Debt Collection Disputes*

Lisa D. Wright, Attorney
235 Peachtree Street N.E., Suite 888, Atlanta, Georgia 30303
Web: protectinggeorgiaconsumers.com

Office: 404-588-1181 | Fax: 404-588-1182
Toll Free: 866-ATTY WRIGHT
E-mail: attorneywright@prodigy.net

January 17, 2007

**VIA U.S. MAIL & FACSIMILE**

Louis Cohan
Weinstock & Scavo, P.C.
3405 Piedmont Road, Suite 300
Atlanta, GA 30305

RE: **Kelly Holmes v. Trauner, Cohen & Thomas, L.L.P. and Robert Prather**
**United States District Court – Northern District of Georgia, Atlanta Division**
**Case No.: 1:06-CV-1806-MHS**

Dear Mr. Cohan:

Thank you for your January 17, 2007 facsimile regarding the depositions in this action. The Notices of Depositions Duces Tecum for the Defendants in this action were "AMENDED" and relate back to the original notices which were served more than thirty days from the date your clients were to originally appear. Consequently, the notices will not be withdrawn and I am planning on taking your clients' depositions on January 26, 2007.

You have unilaterally decided all of Mrs. Holmes' deposition dates and refused to cooperate in scheduling her deposition once the Court issued the Order regarding the location for Mrs. Holmes' deposition; therefore, your actions with respect to Mrs. Holmes deposition can no longer be trusted. Mrs. Holmes will be more than willing to withdraw the Motion for Protective Order ONLY after her deposition is concluded on January 25, 2007.

Very truly yours,

LAW OFFICE OF LISA D. WRIGHT, LLC

By: *[signature]*
Lisa D. Wright
Attorney and Counselor at Law